737 S.E.2d 851

**SUNTRUST BANK s/b/m National Bank of Commerce, including its Division, Central Carolina Bank, Respondent,**

**v.**

**Brandy K. BRYANT, a/k/a Brandy K. McGarthy, Arnold L. Bryant, Phyllis W. Davis and Stephen Ford, as Spartanburg County Tax Collector, Defendants,**

**of whom Phyllis W. Davis is the Petitioner.**

Appellate Case No. 2011–194366.

No. 27216.

Supreme Court of South Carolina.

Heard Feb. 6, 2013.

Decided Feb. 13, 2013.

Daniel R. Hughes and John B. Duggan, both of Duggan & Hughes, LLC, of Greer, for Petitioner.

Dean A. Hayes, of Korn Law Firm, PA, of Columbia, for Respondent.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *SunTrust Bank v. Bryant*, 392 S.C. 264, 708 S.E.2d 821 (Ct.App.2011). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**